JAMES PATTON
Attorney at Law
209 South Livingston Ave., Suite 9
Livingston, New Jersey 07039
(973) 992-3500
Attorney for Defendant Hanna Abdulkarim

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

........................
                                :
UNITED STATES OF AMERICA        :    Criminal No. 08-409
                                :
                                :
         v.                     :
                                :    ORDER
HANNA ABDULKARIM                :
                                :
........................

This matter having been opened to the Court on the motion of Defendant Hanna Abdulkarim, through his attorney James Patton, and the Office of the United States Attorney for the District of New Jersey consenting to the form and entry of this Order, and the Court having previously sentenced Hanna Abdulkarim to time served, and for good cause shown,

It is on this 22 day of November 2010 ORDERED that the Office of Pretrial Services is to release to Hanna Abdulkarim his passport which had previously been surrendered as a condition of his release.

_____
Hon. William H. Walls, U.S.D.J.

I hereby consent
to the form and entry
of this order

*/s/ Marion Percell*

Marion Percell, Esq.
Office of the United States Attorney

*/s/ James Patton*

James Patton, Esq.
Attorney for Hanna Abdulkarim